UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUNIOR HERMIDA, on behalf of himself
and all others similarly situated

        Plaintiff,

v.                                          Case No: 2:14-cv-172-FtM-38DNF

VITAMIN SHOPPE, INC.,

        Defendant.
_____/

## ORDER[1]

On August 11, 2014, this Court issued an Order to Show Cause for failure to prosecute. (Doc. 5). This order was issued because Plaintiff Junior Hermida filed a complaint in March 2014, but failed to file its return of service to Defendant Vitamin Shoppe, Inc. on the docket within 120 days. (Doc. 1). See Fed. R. Civ. P. 4(m); M.D. Fla. Local Rule 3.10(a); Grimes v. Dameff, No. 2:03-cv-383-FtM-29DNF, 2006 WL 1208016 (M.D. Fla. May 4, 2006). After this Court issued its order, Hermida filed a return of service on the docket that indicates service to Vitamin Shoppe, Inc. was executed in June 2014. (Doc. 6; Doc. 7-1). Since it appears that a summons was timely presented to Vitamin Shoppe, Inc., this Court finds good cause exists not to dismiss this matter at this time.

This Court, however, is not pleased with the attorneys in this case. Hermida's attorneys, Jordan L. Chaikin and April Goodwin, chose not to complete their professional

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

obligation by timely filing the return of service on the docket. Their delay is frankly not appropriate. In addition, Hermida's attorneys assert they communicated with an attorney for Vitamin Shoppe, Inc., Michael R. McDonald, on July 1, 2014. Jordan and McDonald made an agreement that Vitamin Shoppe, Inc. would have a 45-day extension to file a response to the complaint. (Doc. 7-2). This agreement, however, was not timely communicated to the Court. Instead, the attorneys falsely assumed this Court would follow their uncommunicated agreements. This assumption is also not appropriate.

Accordingly, it is now

**ORDERED:**

1. No further action is needed regarding the Order to Show Cause. (Doc. 5).
2. Defendant shall file its response to the Complaint no later than **August 26, 2014**.
3. As the Defendant has not officially appeared in this action, Plaintiff is directed to provide a copy of this Order to Defendant today.
4. The Parties are directed to follow ALL Federal Rules of Civil Procedure and Middle District of Florida Local Rules in this case going forward.
5. The Parties are directed to file agreements as stipulated motions, when appropriate, on the docket going forward.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record